IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

DUKHAN IQRAA JIHAD MUMIN,

          Petitioner,

vs.

HAROLD W. CLARKE,

          Respondent.

**4:04CV3058**

**MEMORANDUM AND ORDER**

This matter is before the court on Petitioner's Motion for Leave to Appeal in Forma Pauperis. (Filing No. 35.) Petitioner filed a Notice of Appeal (filing no. 32) on November 30, 2018. Petitioner appeals from the court's Memorandum and Order dated November 20, 2018. (Filing No. 29.) Upon review of Petitioner's Motion for Leave to Appeal in Forma Pauperis, the court finds Petitioner is entitled to proceed in forma pauperis on appeal.

IT IS ORDERED that: Petitioner's Motion for Leave to Appeal in Forma Pauperis (filing no. 35) is granted.

Dated this 13th day of December, 2018.

          BY THE COURT:

          s/ *Richard G. Kopf*
          Senior United States District Judge